Same case below, 601 F.3d 693.

No. 10-177. Lisa Miller, Petitioner v. Janet Jenkins.

562 U.S. 1029, 131 S. Ct. 568, 178 L. Ed. 2d 414, 2010 U.S. LEXIS 8752.

November 8, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-317. Kwabena Mawulawde, Petitioner v. Board of Regents of the University System of Georgia, et al.

562 U.S. 1029, 131 S. Ct. 569, 178 L. Ed. 2d 414, 2010 U.S. LEXIS 8716.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 51.

No. 10-319. Jessica Hankey, Individually and as Administratrix of the Estate of Ryan Rohrbaugh, Petitioner v. Wexford Health Sources, et al.

562 U.S. 1029, 131 S. Ct. 568, 178 L. Ed. 2d 414, 2010 U.S. LEXIS 8794.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 383 Fed. Appx. 165.

No. 10-325. Edward L. Dutton, Petitioner v. Montgomery County, Maryland, et al.

562 U.S. 1029, 131 S. Ct. 569, 178 L. Ed. 2d 414, 2010 U.S. LEXIS 8706.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 362.

No. 10-350. John Doe #11, et al., Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services.

562 U.S. 1029, 131 S. Ct. 573, 178 L. Ed. 2d 414, 2010 U.S. LEXIS 8805.

No. 10-358. Allan R. Dunn, M.D., P.A., et al., Petitioners v. Eva G. Sziranyi.

562 U.S. 1029, 131 S. Ct. 573, 178 L. Ed. 2d 414, 2010 U.S. LEXIS 8686.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 383 Fed. Appx. 884.

No. 10-359. Santiago Pablo-Sanchez, et al., Petitioners v. Eric H. Holder, Jr., Attorney General.

562 U.S. 1029, 131 S. Ct. 573, 178 L. Ed. 2d 414, 2010 U.S. LEXIS 8690.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 600 F.3d 592.

No. 10-361. Xiuying Zheng, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 1030, 131 S. Ct. 573, 178 L. Ed. 2d 414, 2010 U.S. LEXIS 8791.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.